IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

LUZ C. WHITE RODRIGUEZ

DEBTOR(S)

CASE NO. 10-09131-MCF

CHAPTER 13

## MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN

TO THE HONORABLE COURT:

**COMES NOW, LUZ C. WHITE RODRIGUEZ** debtor in the above captioned case through the undersigned attorney, and very respectfully states and prays as follows:

1. Debtor filed for relief under Chapter 13 of the Bankruptcy Code on September 30, 2010.

2. Debtor has been experiencing some economic problems which have caused her to accumulate some arrears with her mortgage post-petition payments.

3. Debtor is able again to commence making current payments to the mortgage, and in order to cure the arrears debtor will require the modification of his confirmed Plan. Section 1329 of the Bankruptcy Code 11 U.S.C. §1329 provides for modification of plan after confirmation in a situation such as herein presented by the debtor.

4. A modified plan dated October 5th, 2012, are herein attached.

**WHEREFORE** debtor respectfully requests the allowance of the requested modification of Plan dated October 5th, 2012.

Page 2
Luz C. White Rodriguez
10-09131-MCF

# NOTICE

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

I CERTIFY that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee Alejandro Oliveras Rivera; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor, Luz C. White Rodriguez; and to all creditors and parties in interest in the above captioned case.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico this day 5th of October 2012.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USCD-PR #203614
PO BOX 193677
SAN JUAN PR 00919-3677
TEL (787)744-7699
FAX (787)746-5294
EMAIL: rfigueroa@rfclawpr.com

United States Bankruptcy Court
**District of Puerto Rico**

IN RE:                                           Case No. **10-09131-13**

**WHITE RODRIGUEZ, LUZ CELESTE**              Chapter **13**

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **10/05/2012**                    ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION               Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **550.00** x **24** = $ **13,200.00**
$ **590.00** x **36** = $ **21,240.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **34,440.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **34,440.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,854.00**

Signed: **/s/ LUZ CELESTE WHITE RODRIGUEZ**
Debtor

Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL BANK**     Cr. **DORAL BANK**     Cr. _____
# **8930050051929**     # **Post-Petition 1929**     # _____
$ **6,957.35**     $ **1,530.15**     $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BBVA PUERTO RICO** Cr. _____     Cr. _____
# **13249612375408**     # _____     # _____
$ **9,179.48**     $ _____     $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____     Cr. _____     Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____     Cr. _____     Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
Additional Fees-$350.00
Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to BBVA thru the Trustee in the sum $100.00 per month for the next eight months or until confirmation. Debtor(s) to provide auto insurance upon maturity to BBVA thru GT Insurance Group, Inc.

*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**          Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

WHITE RODRIGUEZ, LUZ CELESTE
PO BOX 2366
JUNCOS, PR 00777

DPTO DE TRANSPORTACION Y OBRAS PUBLICAS
BOX 41269
SAN JUAN, PR 00940-1269

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677

MUNICIPIO DE CAGUAS
PO BOX 907
CAGUAS, PR 00726

ACS/B OF A
501 BLEECKER ST
UTICA, NY 13501

SCOTIABANK
PO BOX 362649
SAN JUAN, PR 00936-2649

AEE
PO BOX 363508
SAN JUAN, PR 00936-3508

VAZQUEZ & VIZCARRONDO, LLP
PO BOX 195389
SAN JUAN, PR 00919-5389

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR 00936-8100

BBVA PUERTO RICO
PO BOX 364745
SAN JUAN, PR 00936-4745

CITIFINANCIAL PLUS
PO BOX 499
HANOVER, MD 21076

DEPTEDNELNET
121 S 13TH ST
LINCOLN, NE 68508

DORAL BANK
BOX 308
CATANO, PR 00963

DORAL BANK
1451 AVE FD ROOSEVELT
SAN JUAN, PR 00920-2717